

# THE ATTORNEY GENERAL
## OF TEXAS

AUSTIN, TEXAS 78711

WAGGONER CARR
ATTORNEY GENERAL

April 26, 1966

Honorable Cecil Pruett
County Attorney
Hutchinson County
Borger, Texas

Opinion No. C-666

Re: Whether Article 23.04
of the 1966 Code of
Criminal Procedure au-
thorizes county clerks
to issue "capias" to per-
sons other than the
sheriff.

Dear Mr. Pruett:

By your recent letter you requested an opinion of this
office as to whether the county clerk has authority to issue
a capias to persons other than the sheriff in misdemeanor
cases.

The 1966 Code of Criminal Procedure defines the capias
in Article 23.01, as follows:

"A 'capias' is a writ issued by the
court or clerk, and directed 'To any peace
officer of the State of Texas', commanding him
to arrest a person accused of an offense and
bring him before that court immediately, or on
a day or at a term stated in the writ."

The capias in misdemeanor cases is mentioned in Article
23.04 which reads as follows:

"In misdemeanor cases the capias or summons
shall issue from a court having jurisdiction of the
case. The summons shall be issued only upon re-
quest of the attorney representing the State and
shall follow the same form and procedure as in a
felony case."

Article 23.04 provides directions for the issuance of a summons,
but does not provide directions for the issuance of a capias.
The only directions for the issuance of a capias under the 1966
Code of Criminal Procedure are found in Article 23.01, hereto-
fore quoted. Such Article clearly provides for the issuance
of a capias to any peace officer of the State of Texas.

Therefore, it is the opinion of this office that Article 23.01 of the 1966 Code of Criminal Procedure governs the issuance of a capias under Article 23.04 and the court or the clerk is authorized to issue the capias in a misdemeanor case and direct the same "to any peace officer of the State of Texas".

## SUMMARY

The county clerk, in misdemeanor cases, has authority to issue a capias to any peace officer of the State of Texas.

Yours very truly,

WAGGONER CARR
Attorney General of Texas

By: THOMAS W. MACK
Assistant Attorney General

TWM/er

APPROVED:

OPINION COMMITTEE
W. O. Shultz, Chairman
Ralph Rash
Phillip Crawford
Howard M. Fender
Sam Kelley

APPROVED FOR THE ATTORNEY GENERAL
By:  T. B. Wright